UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLEN AMERSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 23-cv-02109-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 4 |

On May 18, 2023, Magistrate Judge Virginia K. DeMarchi issued a Report and Recommendation, recommending that this pro se case be dismissed as plaintiff's claims are barred by the doctrine of res judicata. *See* Dkt. No. 4 (identifying two prior cases filed by plaintiff that were based on the same facts raised in this case and filed against the same defendants or defendants who are in privity with the defendants in this case).

Objections to the Report and Recommendation were due by June 1, 2023. As of today's date, no response to the Report and Recommendation has been filed.[1]

Having reviewed the Report and Recommendation and the full record of this case, I ADOPT the Report and Recommendation in full and DISMISS this case with prejudice as barred by res judicata.

**IT IS SO ORDERED.**

Dated: June 9, 2023

William H. Orrick
United States District Judge

---

[1] Defendants filed a motion to dismiss, arguing the case should be dismissed under res judicata, but also as barred by the statute of limitations and for failure to state a claim. Dkt. No. 7. This Order moots that motion.